# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARIA-MICHELLE CANULLA**                                          **PLAINTIFF**

**V.**                       **NO.  4:20-CV-00286-BSM**

**LOWE'S COMPANIES, INC.**                                                 **DEFENDANT**

## ORDER

Maria Canulla's motion to proceed *in forma pauperis* [Doc. No. 1] is granted.  *See Martin-Trigona v. Stewart*, 691 F.2d 856, 857 (8th Cir. 1982) (*per curiam*) (complaint can be filed if plaintiff qualifies by economic status under 27 U.S.C. § 1915(a)).

Defendant's motion to dismiss [Doc. No. 6] is denied without prejudice.  Canulla is directed to file proof of service of process on Lowe's Companies, Inc. within fourteen days, or this case will be dismissed without prejudice.  Fed. R. Civ. P. 4(m).

IT IS SO ORDERED this 2nd day of November, 2020.

                                                        */s/ Brian S. Miller*
                                                 UNITED STATES DISTRICT JUDGE