IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARIA-MICHELLE CANULLA**                                                                                  **PLAINTIFF**

**V.**                                      **NO.  4:20-CV-00286-BSM**

**LOWE'S COMPANIES, INC.**                                                                               **DEFENDANT**

## ORDER

Maria-Michelle Canulla has failed to file proof of service of process on Lowe's Companies, Inc., and the time to do so has passed.  *See* Doc. No. 8.  Accordingly, this case is dismissed without prejudice. Fed. R. Civ. P. 4(m).

IT IS SO ORDERED this 18th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE