IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARIA-MICHELLE CANULLA                                                           PLAINTIFF

V.                              NO.  4:20-CV-00286-BSM

LOWE'S COMPANIES, INC.                                                          DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE