# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARIA-MICHELLE CANULLA**                                                            **PLAINTIFF**

V.                                      NO.  4:20-CV-00286-BSM

**LOWE'S COMPANIES, INC.**                                                            **DEFENDANT**

## ORDER

Maria-Michelle Canulla's motion for reconsideration [Doc. No. 11] is denied. Canulla was directed to file proof of service by November 16, 2020, *see* Doc. No. 8, and she failed to do so.

IT IS SO ORDERED this 23rd day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE